# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 7, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

156198(92)

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellant,

v

ALPHONSO L. STRAUGHTER, JR.,
        Defendant-Appellee.
_____/

SC: 156198
COA: 328956
Wayne CC: 15-000755-FC

On order of the Chief Justice, the motion of defendant-appellee to extend the time for filing his supplemental brief and appendix is GRANTED. The supplemental brief and appendix will be accepted for filing if submitted on or before March 8, 2018.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 7, 2018



Clerk